# Exhibit 1

# Video

# (filed conventionally)

