

## Southaven Police Department
### Incident Report
8691 Northwest Drive Southaven, MS 38671
Phone: (662) 393 - 8652 Fax: (662) 393 - 7138

Chief Macon Moore

(US/Central)

| ORI | County | Venue | | Report # |
|---|---|---|---|---|
| MS0170100 | DESOTO COUNTY | SOUTHAVEN | | 201900066647 |
| **Report Date / Time** | **Occurrence Date / Time** | | | **File Class** |
| 12/24/2019 05:02 Hrs | 12/24/2019 03:41 Hrs | | | 97-3-7(2)(A)(A) |

**Nature of Incident**
Assault-Simple,Disorderly Conduct,Disturbance,Dui,Public Drunk

**Supplements**
Approved Report (8)

**Summary**
Disturbance, Resisting Arrest, DUI, Assault on Law Enforcement

| ODSW | CIT |
|---|---|
| N | N |

**On duty patrol shift at time of completion**
Charlie

## Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| 8939 Hamilton Road | Southaven | Mississippi | 38671 | United States of America |

| County: | Township of Occurrence | Clery Location | | |
|---|---|---|---|---|
| DESOTO COUNTY | | | | |

| Latitude | Longitude | Beat | Sub-Beat | |
|---|---|---|---|---|
| 34.9907761406 | -89.999950781 | Southaven | SPD Ward 2 | |

## Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 97-3-7(2)(A)(A) - Assault, Aggravated (On Police, Fire, And/Or Public Servant) | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | Motor Vehicle/Vessel |

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 97-35-7(1)(I) - Disorderly Conduct-Failure To Obey | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | |

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 97-29-47 *PDRU - Public Drunk | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | |

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 97-9-73 - Resisting Arrest | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| | |

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 63-11-30(1)(A) - Driving Under Influence 1st Offense | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| Completed | |

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 97-9-72 - Fleeing Law Enforcement-Misdemeanor | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| | |

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | 97-9-79 - Information, False To Officer | Cleared by Arrest | 12/24/2019 03:53 Hrs |

| Attempted / Completed | Weapons Used |
|---|---|
| | |

## Officers Involved

EXHIBIT
2
tabbies®

201900066647 - Southaven Police Department

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Arresting / Citing | H. Foster (#1404) | Southaven Police Department | 0 |
| Arresting / Citing | J. Roberts (#1395) | Southaven Police Department | 0 |
| Assisting | C. Kirkland (#1393) | Southaven Police Department | 0 |
| Assisting | C. Rainbolt (#1320) | Southaven Police Department | 0 |
| Assisting | C. Stokes (#1411) | Southaven Police Department | 0 |
| Assisting | D. Tessaro (#1277) | Southaven Police Department | 0 |
| Assisting | F. Payne (#1356) | Southaven Police Department | 0 |
| Assisting | H. Foster (#1404) | Southaven Police Department | 0 |
| Assisting | J. Becker (#1409) | Southaven Police Department | 0 |
| Assisting | K. Russell (#1401) | Southaven Police Department | 0 |
| Assisting | K. Smith (#1406) | Southaven Police Department | 0 |
| Assisting | M. Magsby (#1420) | Southaven Police Department | 0 |
| Assisting | T. White (#1362) | Southaven Police Department | 0 |
| Assisting | W. Banks (#1334) | Southaven Police Department | 0 |
| Discharging | H. Foster (#1404) | Southaven Police Department | 0 |
| Discharging | J. Roberts (#1395) | Southaven Police Department | 0 |
| Reporting | H. Foster (#1404) | Southaven Police Department | 0 |
| Reporting | J. Roberts (#1395) | Southaven Police Department | 0 |

## Incident People

| Roles | | Supp # | | |
|---|---|---|---|---|
| **Suspect / Offender,Arrestee** | | 0 | | |
| Name | | Title | Date of Birth | |
| ABRAM, LENNETH CORDELL (Primary Name) | | JR | ▆▆▆▆▆ | |

| Race | Sex | Age at Occurrence | DL # | |
|---|---|---|---|---|
| Black or African American | M | 21 Years Old | ▆▆▆▆▆ | |

Residence (Date of Info: 01/09/2019)

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Address:

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

| Height | Weight | Hair | Hair Length | Skin |
|---|---|---|---|---|
| 600 | 150 | Black Shaved | Short | Dark |
| Eye Color | | Build | Facial Hair | Date of Info |
| Brown | | Slight | None | 01/09/2019 |
| Arrest Date | | Arrest Type | | |
| 12/24/2019 | | Taken Into Custody | | |

| Roles | | Supp # | | |
|---|---|---|---|---|
| **Arrestee,Suspect / Offender** | | 0 | | |
| Name | | Title | Date of Birth | |
| WALKER, KEITH A (Primary Name) | | | ▆▆▆▆▆ | |

12/24/2019

201900066647 - Southaven Police Department

| Race | | Sex | Age at Occurrence | | DL # | | |
|---|---|---|---|---|---|---|---|
| Black or African American | | M | 47 Years Old | | | | |

Cellular (Date of Info: 12/24/2019)

Address:

| Height | Weight | Hair | | Hair Length | | Skin | |
|---|---|---|---|---|---|---|---|
| 600 | 185 | Black | | | | Dark | |
| Eye Color | | Build | | Facial Hair | | Date of Info | |
| Brown | | Medium | | | | 12/24/2019 | |
| Arrest Date | | Arrest Type | | | | | |
| 12/24/2019 | | Taken Into Custody | | | | | |

| Roles | | Supp # | |
|---|---|---|---|
| Victim - Police Officer,Police Officer | | 0 | |
| Name | | Title | Date of Birth |
| PAYNE, FREDRICK  (Primary Name) | | | |

| Race | | Sex | Age at Occurrence | | DL # | |
|---|---|---|---|---|---|---|
| White | | M | 46 Years Old | | 1356 (Mississippi) | |

Cellular (Date of Info: 12/02/2018)

Address:

## Incident Organizations

| Role | | Name | |
|---|---|---|---|
| Victim | | Society | |

## Incident Vehicles

| Role | | | Supp # |
|---|---|---|---|
| Arrestee | | | 0 |
| Year | Make | Model | Type | Style |
|---|---|---|---|---|
| 2010 | MERCEDES-BENZ(MERZ) | | | |

| VIN | License #/State: | License Month/Year | License Type |
|---|---|---|---|
| | | / | |

| Odometer | Color | Motorcycle CCS | Misc Id |
|---|---|---|---|
| | | | |

| Owner | | Value | |
|---|---|---|---|
| WALKER, KEITH A | | | |
| Status | | Locked | Keys in Vehicle |
| Seized(#0) | | Y | Y |

Comments

**Invalid vehicle model from import, Model: C30  Make: MERZ

Vehicle Damage

lots

| Vehicle Role | Total Value |
|---|---|
| Arrestee | $ 0.00 |

Grand Total of Vehicle Loss:

201900066647 - Southaven Police Department

## Incident Narratives

| **Original Narrative** | | Author:<br>J. Roberts #1395 | Date Created:<br>12/24/2019 0631 Hrs | Supp #:<br>0 |
|---|---|---|---|---|

On Tuesday, December 24, 2019, at approximately 0320 hours, I, Officer Jordan Roberts responded to Waffle House, 8939 Hamilton Rd for a disturbance. The car matched the description of a car used earlier at Waffle House in a disturbance, that also ran from me. Earlier, I was dispatched to Waffle House for a disturbance. When I arrived, one of the suspect vehicles were trying to leave. I tried boxing him in but he jumped the side walk, in front of Waffle House and fled from the parking lot. I spun around in an attempt to stop it, but it continued to speed away at a high rate of speed. Eventually, taking I-55 northbound into Memphis. I returned to the Waffle House. Where I spoke with the cashier. She advised, they left without paying their tab of $27.94, but she declined to document this on a report. I then returned to Southaven Police Department to finish reports.

Later, approximately 0341 hours I was dispatched back to Waffle House. The cashier reported to Dispatch that the red car had returned. I advised dispatch, I was in route from Southaven Police Department. Sgt. Payne and myself left Headquarters at the same time. As we approached Hamilton Road. I looked to my right so I could view the parking lot of Waffle House. As I looked, I could see the car (Red Mercedes) that fled the scene earlier. I advised Sgt. Payne over the radio, that was the car. We pulled in the parking lot, I could see a black male outside of the Red Mercedes, with his phone light out looking around the parking lot. He looked up saw my self and Sgt. Payne. He then motioned to the driver of the red car, pointing at our patrol units and jumped in the passenger seat. At that time Sgt. Payne went right in the parking lot as I went left. As the black male jumped in the passenger seat, Sgt. Payne pulled in blocking the forward path of the car. I pulled to the rear of the car. As I did, the driver of the car rammed Sgt. Payne's patrol unit and kept going, spinning out tires. I then rammed the rear of the car, to prevent escape and potentially harming innocent bystanders or Officers. I pinned him in-between my patrol unit and Sgt. Payne's patrol unit. I then jumped out, as I did the red car began to break the pin and spin sideways. He put it in reverse backing into my car. Then went forward, almost striking Sgt. Payne and pining him in between their cars. We began to yell at the suspects to stop, they did not. Fearing we may be struck by the moving vehicles , we began to bust windows and open doors.

I was on the driver's side and so was Sgt. Payne. After a struggle to remove the driver from the driver's seat, we finally removed him pulling out and to the ground. The suspect trucked his hands underneath his body. I yelled multiple times for him to give me his hands, he ignored me, as if he couldn't hear me. Shortly after, other Officers began to arrive, with their assistance; I was able to pry his hands into a cuffing position. I began to try to assist him to my patrol unit, he wouldn't move. Finally, I was able to get him to walk and placed him in the back seat of my patrol unit. Sgt. Payne and Sgt. Rainbolt called for a CID detective to make scene. Later, Det. Tessaro made scene for the potential Assault on a LEO. He determined there was enough probable cause to charge the driver. Later, both the driver and passenger were transported to SPD HQ for the booking process and to be identified. I believe the passenger identified his self, but the driver would tell me his name. He also wouldn't tell Sgt. Rainbolt his name. A tow was called for the red car bearing ▓▓▓▓▓ a red Mercedes C30, Griffith Towing recovered the vehicle.

At the station Ofc. Mary Hall attempted to identify the driver. During that process the driver lied about his name saying it was James Walker Jr. After a few more attempts Ofc. Hall was able to get his real name, "Keith Alex Walker, DOB: ▓▓▓▓▓ The passenger was identified as Lenneth Cordell Abram, DOB: ▓▓▓▓▓

Keith Alex Walker was charged with Aggravated Assault On A Police Officer 97-3-7(2)(a)(a), Disorderly Conduct 97-35-7(1)(i), DUI 63-11-30(1)(a), Fleeing Law Enforcement 97-9-72, False Information to Officer 97-9-79, and Resisting Arrest 97-9-73. Lenneth Cordell Abram was charged with Disorderly Conduct 97-35-7(1)(i), Public Drunk 97-29-47, and Resisting Arrest 97-9-73. Both were given a court date of January 8th, 2020 at 0900 hours. Walker's bond is pending to be set by the Judge. Abram's bond was set at $750 cash/surety. They were later transported to

Baptist Desoto Hospital for medical attrition. After the Hospital they were transported to Desoto County Jail for housing.

Vehicle ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Red Mercedes C30- TOWED by Griffith Towing

End of Report

Officer Jordan Roberts 1395
Uniformed Patrol Division, C-Shift
Southaven Police Department

| Signed: J. Roberts #1395 | Reviewed: C. Rainbolt #1320 |
|---|---|

201900066647 - Southaven Police Department

## Supplement #1 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| H. Foster #1404 | 12/24/2019 0607 Hrs | 1 |

On December 24, 2019 I, Officer H. Foster #1404, was dispatched to 8939 Hamilton Road (Waffle House) in response to a suspicious vehicle involved in an earlier disturbance. During the earlier disturbance the vehicle fled by jumping the curb between Officer Roberts' vehicle and the building.

When arriving on scene we observed Sergeant Payne and Officer Roberts preventing the vehicle , a red Mercedes passenger car, from escaping. At this time we pulled our patrol car towards the center of the vehicle. Sergeant Payne exited his vehicle and instructed the driver and passenger to get out of the vehicle. The driver of the vehicle then accelerated forward pushing Sergeant Payne's patrol car sideways several feet. The driver and passenger still refused to exit the vehicle. Sergeant Payne deployed his baton and broke the glass out of the passenger side window to gain visual contact with the occupants. Sergeant Payne then moved across the vehicle to gain access to the driver. As Sergeant Payne attempted to get the driver out of the vehicle, the driver continued to accelerate almost running over Sergeant Payne. I used the front of my vehicle to push the suspect's vehicle in such a manner that it prevented the driver from striking Sergeant Payne and fleeing the scene. Officer Kirkland and I exited our patrol car and approached the vehicle. I went to the driver's side first to assist Officer Roberts and Payne with the detention of the driver. They had the driver out of the vehicle and on the ground when I got over there. I handed my handcuffs to Officer Roberts and then made my way to the passenger side.

While making my way around the side of the suspects vehicle, I witnessed what appeared to be the passenger reaching over into the driver's rear floorboard. Officer Kirkland gave loud, verbal commands to the passenger to exit the vehicle and show us his hands. I provided lethal cover while Officer Kirkland and Sergeant Payne then attempted to remove the passenger from the vehicle. Officer Kirkland and Payne were on the passenger's side on the ground detaining the passenger when I got to the their side. I then provided less than lethal cover (Taser) for them while they cuffed the passenger. Officer Wilson then made his way to the passenger side to assist Officer Kirkland with the detention of the passenger. Both the driver and passenger were resistive during their arrest. At that point both the driver and passenger were taken into custody. I inspected the vehicle afterwards and found a large knife, with an approximate blade length of 6-7 inches, in the back driver's floorboard. Also found in the vehicle was a small scale with a green, leafy substance on it and shell casings chambered in 5.56mm. Officer Kirkland placed the passenger into our patrol car and Roberts' put the driver in his. Both smelled heavily of intoxicating beverages and also having slurred speech. The passenger had told Officer Kirkland that there was an AR pistol in the vehicle somewhere. No such weapon was found inside the vehicle during the search. The passenger was identified as Lenneth Abrams, who later admitted to being intoxicated. Detective's Tessaro and White came to the scene and interviewed both the driver and the passenger. The driver refused to give identification to officers at the scene of the incident and when he did provide it, his information was false.

Both were transported to the station for booking. Abrams was charged with disorderly conduct-failure to obey, public drunk, and resisting arrest. Abrams was made aware of his bond and court date during the completion of the booking process.

End of Report.

Officer H. Foster #1404
Uniform Patrol Division - Charlie Shift
Southaven Police Department

201900066647 - Southaven Police Department

| Signed:  H. Foster #1404 | Reviewed:  C. Rainbolt #1320 |
|---|---|

201900066647 - Southaven Police Department

## Supplement #2 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| F. Payne #1356 | 12/24/2019 0609 Hrs | 2 |

On Tuesday, December 24, 2019, at approx. 0341 hours, I, Sgt. Payne responded to the Waffle House at 8939 Hamilton. I responded in regard to a car that had returned to the scene, which was involved in a disturbance at this same location earlier, and fled from Officers as they arrived on scene. Dispatch advised, the caller told them, it was a red car, the same car and at least one of the occupants that was on scene earlier.

As I entered the lot, Officer Roberts was behind me, and advised, "that's it." I could see a red 4 door car facing the exit, and a subject walking around in the parking lot with a flashlight of some type.

Apparently, when I entered the lot, the car did not see me. Once I got further into the parking lot, I saw the person walking around in the lot, look up, point at me, and start gesturing toward me while looking toward the red car. He suddenly ran back to the red car and got into the passenger-side front seat. These actions concerned me for obvious reasons. I did not know why he would be so concerned with my arrival, what he ran back to the car for, what he was attempting to locate in the parking lot, if he had found it, or what made them feel the need to flee from Officers earlier. Based on my concerns, I pulled in front of the car, in order prevent them from fleeing again. As I pulled to the front passenger-side of the vehicle, I shined my spot light into the eyes of the driver in order to obstruct his vision, and make him uncomfortable.

When I exited my patrol car, I heard the engine revving and could see that the driver was shifting gears and trying to make the car go. I closed my door and was standing along the crease between the door and the front driver-side quarter panel. The driver looked me, and we made eye contact with one another. Suddenly, he did make the car move forward and struck my patrol car in the area of my front driver-side corner, mere feet from where I was standing. I drew my service weapon and began to give loud verbal commands to stop. The cars tires were spinning and he was trying to push my patrol car out of the way, while I was standing at the driver-side door area. The driver then attempted to back up, but Officer Jordan saw that he was striking my patrol car, and struck the suspect vehicle in the rear, in order to keep them from backing up and getting away. This forced the driver to decide on continuing his attempt at fleeing. He decided to hit my patrol car again, and struck my car again, continuing to spin the tires in an attempt to get away. This time he struck my vehicle nearly in the center of the push bumper. He was actually sliding my patrol car across the asphalt. At this point, another patrol car arrived on scene and pushed the suspect vehicle sideways, forcing it to face my patrol car, opposed to being at an angle and being able to force its was out.

From my angle, I could see inside of the car, and both occupants. Although the car was still trying to escape, I could see there were no weapons in the hands of the two occupants. Considering the vehicle was the only thing being used as a weapon, I elected to expand my baton and break the passenger-side window. My goal was to overwhelm the occupants with deliberate violence of action. As I approached the car, I instructed the other officers on scene to not fire their weapons. Once I struck the window, I could see the passenger raising his hands. A short time later, the driver raised his hands, but still refused open the door and get out. Eventually the driver, which was the most obvious and immediate threat at the time, was removed from the car. By that time I had moved to the driver-side of the car, and was helping Officer Roberts. While dealing with the driver, I looked up and saw the passenger had not been removed. In fact, he was reaching into the back seat, with his back sticking up in the air between the seats. I immediately became concerned about what he may be reaching for or attempting to do, and told other Officers to get the passenger out. Almost immediately, I moved to the passenger-side to remove the passenger.

Once the passenger was removed from the vehicle, he refused to produce his hands, after many, many loud verbal commands to do so. I utilized hard empty hand control to his back area until he finally allowed his hands to be placed into handcuffs, searched, and secured in a patrol car. Once he was secured, I heard Officer Roberts was still

giving loud verbal commands to the driver.

I relocated back to the driver-side to assist. When I got there, I realized he was having difficulty getting the driver to stand up. Once he was on is feet, he was searched, then secured in Officer Roberts patrol car.

Once the scene was secured, I had dispatch make administrative notifications, and have CID respond to the scene.

Detectives White and Tessaro made the scene, processed, and later filled out an affidavit for Aggravated Assault on a Law Enforcement Officer. Other charges were pursued also, see other Officers narratives for that information.

There were three patrol cars total that were involved in vehicle to vehicle contact with the suspect vehicle. There numbers were 4193, 4194 and 3163. No Police vehicles sustained damage to the actual vehicle, but did suffer scuffs and light damage to the push bumpers. The suspect vehicle received dents in the area of the passenger-side rear quarter panel, and some minor damage to the front passenger-side corner.

Two officers received minor injuries. Officer Wilson received a small cut on his left hand while assisting in taking the driver into custody. The knuckle on my right hand, middle finger was injured and became swollen, red and sore. An OJI was filled out on both of us.

EMS was called to the station to render emergency first aid to both of the occupants. Before being transported to Desoto County Detention Center, both subjects were transported to Baptist Hospital to be medically cleared. They were both later transported to DCSO jail for housing.

End of Report
F. Payne #1356
Uniformed Patrol Division, C-Shift
Southaven Police Dept.

| Signed: F. Payne #1356 | Reviewed: C. Rainbolt #1320 |
| --- | --- |

201900066647 - Southaven Police Department

## Supplement #3 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| S. Godwin #1398 | 12/24/2019 0637 Hrs | 3 |

On Tuesday 12/24/2019 at approximately 0521 hours, I, Officer Steven Godwin responded to police headquarters to conduct an impaired driver investigation related to a suspect who struck two police vehicles during an incident at the Waffle House on Hamilton Road. Upon arrival at the station, I made contact with Officer Jordan Roberts. Officer Roberts stated he believed the driver, identified as Keith Walker was intoxicated due to his inability to stand without support, slurred speech, and the strong odor of an intoxicating beverage coming from his breath.

I then made contact Walker. Walker's eyes were extremely blood-shot, his speech were extremely slurred and was unsteady on his feet. I asked Walker if he was willing to provide a breath sample on the Intoxilyzer 8000. Walker stated he would and when he provided a breath sample on the Intoxilyzer 8000, it resulted in a reading of .13 BrAC.

It was at this time Walker was charged with Driving Under the Influence (1st Offense). I then remanded Walker back into the custody of Officer Roberts for Walker's other charges.

End of Report

Officer Steven Godwin #1398
Uniformed Patrol Division, Charlie Shift
Southaven Police Department

| Signed: S. Godwin #1398 | Reviewed: C. Rainbolt #1320 |
|---|---|

201900066647 - Southaven Police Department

## Supplement #4 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| D. Tessaro #1277 | 01/03/2020 0826 Hrs | 4 |

On December 24th, 2019 at about 0352 hours (3:52 AM) I, Detective Tessro #1277, received a page regarding an incident at Waffle House on Hamilton Road. I made the scene a few minutes later to investigate. See Case Management for further information.

Detective Tessaro #1277
Criminal Investigations Division
Southaven Police Department

| Signed: D. Tessaro #1277 | Reviewed: K. Sanders #1150 |
|---|---|

201900066647 - Southaven Police Department

## Supplement #5 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| J. Wilson #1418 | 12/24/2019 1738 Hrs | 5 |

On Tuesday, December 24, 2019 at 0341 hours, I responded to a call at 8939 Hamilton Road (Waffle House). The call was in reference to a previous incident, in which a red Mercedes refused to stop the vehicle, and fled north to Memphis. Before my arrival, an Officer stated over the radio "They hit my car." When I arrived, I observed the driver being removed from the vehicle while resisting the officer's attempt effect an arrest. I assisted the Officer in handcuffing the driver. The driver refused to place his hands behind his back. He had his hands tucked under his body. I pried his right arm from under his body, and Officer Roberts secured it with handcuffs. I later discovered my left hand bleeding from the knuckles. It appeared my hand was scraped on the asphalt while effecting the arrest. My injury was documented, and Sergeant Rainbolt completed and On the Job Injury Report.

End of Report

Officer Jonathan Wilson
Uniformed Patrol Division, Charlie Shift
Southaven Police Department

| Signed: J. Wilson #1418 | Reviewed: C. Rainbolt #1320 |
|---|---|

201900066647 - Southaven Police Department

## Supplement #6 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| C. Kirkland #1393 | 12/24/2019 1800 Hrs | 6 |

On Tuesday December 24, 2019 at approximately 0341 hours, I, Officer Kirkland, along with other officers were dispatched to 8939 Hamilton Rd. (Waffle House) in reference to a suspicious vehicle that had been involved in an earlier incident at this address. At the previous incident, the vehicle had fled law enforcement Officers as they entered the parking lot to the Waffle House for unknown reasons.

Sergeant Payne and Officer Roberts arrived moments before Officer Foster and I did. When we pulled into the lot, Sergeant Payne and Officer Roberts were attempting to prevent the vehicle from fleeing again, using their patrol units to prevent egress. As we pulled closer, I noticed that the vehicle, a red Mercedes, was pushing Sergeant Payne's patrol unit sideways from the front. The vehicle backed up and went back forward striking Sergeant Payne's vehicle again. Officer Foster made contact with the vehicle's passenger side to prevent the driver from continuing the dangerous maneuvers. The vehicle continued to attempt to flee as the driver pressed heavily on the accelerator causing the vehicle to break traction. At this time, I had gotten out of my patrol unit and drew my weapon. Sergeant Payne was giving loud commands to the driver to stop the vehicle and present his hands as he continued driving the vehicle. Sergeant Payne went up to the vehicle and busted the passenger window with his baton to attempt to gain access to the passenger compartment. The windows were tinted very dark, preventing myself and other officers from being able to see everything that was going on inside the vehicle. Once the vehicle was immobilized, the driver opened his door and appeared to be trying to flee the scene on foot. Officer Roberts and Sergeant Payne quickly got to the driver and put him into handcuffs.

At that time, I opened the passenger door and observed the passenger, later identified as Abram, lying face down across the center console and into the back seat. I gave loud verbal commands to Abram to get out of the vehicle and keep his hands where I could see them. Abram did not move, so I grabbed his right arm and began removing him by pulling him toward the front of the vehicle. As I was removing Abram from the vehicle, Sergeant Payne came over and assisted me in getting Abram out of the vehicle. We got Abram out of the vehicle and placed him on the ground face down. Myself and Sergeant Payne continued giving Abram commands to put his hands behind his back, but he would not comply. I grabbed Abram's left wrist and placed it in the small of his back. I applied the first cuff as Sergeant Payne attempted to gain control of his other hand. Finally, Sergeant Payne was able to gain control of Abram's right wrist. I applied the second cuff and Sergeant Payne radioed dispatch that we had two in custody.

I rolled Abram over on his side while he was still on the ground and searched him for any weapons. Once I determined that he did not have any, I pulled him up to his feet with the assistance of Officer Wilson. Once we got Abram up, I put him into the back passenger seat of my patrol unit.

After a few moments, I heard Abram hitting his head on the window of my patrol unit to get my attention. I went over to talk to him and he started to tell me that the gun was his. I could smell a strong odor of an intoxicating beverage, and Abram's speech was slurred as he talked. I didn't know what he was talking about, as I had not began searching the vehicle. At that time, I decided to read Abram his Miranda rights. Once he acknowledged that he understood his rights, I asked him again about the weapon. Abram told me that there should be an AR styled pistol inside the vehicle that was his. I asked Abram where the pistol was, and he told me that it should be in the front passenger side. A search of the vehicle did not reveal any type of weapon, but there were shell casings that appeared to be chambered in 5.56 NATO (front passenger door compartment) and one that appeared to be a 9mm casing (Trunk). I also noticed that there were some bloody paper towel's inside the vehicle.

I went back and asked Abram where the shell casings came from. Abram told me that they had been at Range USA in Memphis earlier in the evening. Abram said that after he got done with the range they put the casings in the car. The statement seemed unbelievable to me at the time, since only on shell casing of each type of firearm was found in

separate parts of the vehicle. Abram said that there were other people with him, but did not know who they were by name. I continued to question Abram about the range and who was with him, but he could not provide me any further information. At the time, I found it odd that he did not know who he was with, and who would have had the pistol in their possession. Abram also admitted that he had been drinking a little while earlier in the evening, since the reason that they were out was to celebrate someone's birthday. Abram did not provide any other specific information about the evenings events.

Investigators Tessaro and White made the scene to take pictures and conduct their investigation. Once they cleared us to transport Abram, we did so. Once we arrived at the station, Officer Foster completed the booking process for Abram. Abram was charged with public drunk, disorderly conduct, and resisting arrest. He was given a court date of January 8, 2019 at 0900 hours at the Southaven Municipal Court. Abram was given a total bond of $750.00. Abram was made aware of his charges, bond amount, and court date. Once the booking process was complete, Abram was transported by Officer Channell.

End of Report

Officer C. Kirkland #1393
Uniformed Patrol Division Charlie Shift
Southaven Police Department

| Signed: C. Kirkland #1393 | Reviewed: C. Rainbolt #1320 |
| --- | --- |

201900066647 - Southaven Police Department

## Supplement #7 Narrative

| Author: | Date Created: | Supp #: |
|---|---|---|
| J. Wilson #1418 | 01/01/2020 2317 Hrs | 7 |

This narrative was created in error. Refer to Suppliment #5 for official completed statement.

| Signed: J. Wilson #1418 | Reviewed: C. Rainbolt #1320 |
|---|---|