AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  3:21cv250-GHD-RP |
| City of Southaven, a Mississippi municipality; et al. | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Waylon D. Banks
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:   12/10/2021                                         s/ Jennifer L. Adams

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td style="text-align:center">Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br><br><br><em>Plaintiff(s)</em><br><br>v.<br><br>City of Southaven, a Mississippi municipality; et al.<br><br><br><br><em>Defendant(s)</em></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  3:21cv250-GHD-RP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Becker
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: ___12/10/2021___                    s/ Jennifer L. Adams
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram | ) ) ) ) ) ) | |
| _____<br>*Plaintiff(s)* | ) ) | Civil Action No.   3:21cv250-GHD-RP |
| v. | ) ) | |
| City of Southaven, a Mississippi municipality; et al. | ) ) ) ) ) | |
| _____<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Southaven, Mississippi
c/o Darren Musselwhite, Mayor
8710 Northwest Drive
Southaven, MS 38671


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


David Crews
*CLERK OF COURT*


Date:   _12/10/2021_____                    s/ Jennifer L. Adams
                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  3:21cv250-GHD-RP |
| v. | ) | |
| City of Southaven, a Mississippi municipality; et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hunter Matthew Foster
4845 Cantana Drive
Walls, MS 38680

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:   12/10/2021

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.   3:21cv250-GHD-RP</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Calvin Kirkland
8691 Northwest Dr.
Southaven, MS 38671


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


David Crews
*CLERK OF COURT*


Date: _____12/10/2021_____                       _____s/ Jennifer L. Adams_____
                                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br><br>*Plaintiff(s)*<br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    3:21cv250-GHD-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Mario C. Magsby
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:    12/10/2021                                 s/ Jennifer L. Adams

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr>
<td>

Keith Alex Walker and<br>
Lenneth Cordell Abram<br><br><br>
_____<br>
*Plaintiff(s)*<br>
v.<br>
City of Southaven, a Mississippi municipality; et al.<br><br><br>
_____<br>
*Defendant(s)*
</td>
<td>
)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td>
<td>
Civil Action No.  3:21cv250-GHD-RP
</td>
</tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Fredrick Payne
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:  12/10/2021
_____          s/ Jennifer L. Adams
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br><hr>*Plaintiff(s)*<br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br><hr>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   3:21cv250-GHD-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris T. Rainbolt
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:   12/10/2021

s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br><hr>*Plaintiff(s)*<br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br><hr>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

)  Civil Action No.  3:21cv250-GHD-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jordan Paul Roberts
1122 Windy Ridge Road
West Point, MS 39773


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


David Crews
*CLERK OF COURT*


Date:  12/10/2021                                         s/ Jennifer L. Adams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.    3:21cv250-GHD-RP |
| City of Southaven, a Mississippi municipality; et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Dan K. Russell
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
_CLERK OF COURT_

Date:     12/10/2021

s/ Jennifer L. Adams

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Keith Alex Walker and Lenneth Cordell Abram | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| City of Southaven, a Mississippi municipality; et al. | ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   3:21cv250-GHD-RP

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Kebron M. Smith
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
_CLERK OF COURT_

Date:  12/10/2021

s/ Jennifer L. Adams

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br><br>*Plaintiff(s)*<br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   3:21cv250-GHD-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chauncey Stokes
8691 Northwest Dr.
Southaven, MS 38671


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


David Crews
*CLERK OF COURT*


Date:   12/10/2021                                s/ Jennifer L. Adams
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   3:21cv250-GHD-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Tessaro
8691 Northwest Dr.
Southaven, MS 38671


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


David Crews
*CLERK OF COURT*

Date:   12/10/2021        s/ Jennifer L. Adams
_____        _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td>Keith Alex Walker and<br>Lenneth Cordell Abram</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)<br>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.  3:21cv250-GHD-RP</td></tr>
<tr><td>City of Southaven, a Mississippi municipality; et al.</td><td>)<br>)<br>)<br>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)<br>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tyler R. White
8691 Northwest Dr.
Southaven, MS 38671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:  _12/10/2021_____

s/ Jennifer L. Adams _____
*Signature of Clerk or Deputy Clerk*