AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| Keith Alex Walker and<br>Lenneth Cordell Abram<br><br>_____<br>*Plaintiff(s)*<br>v.<br>City of Southaven, a Mississippi municipality; et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   3:21cv250-GHD-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hunter Matthew Foster
4845 Cantana Drive
Walls, MS 38680

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brandon Flechas, Esq.
Stroud Law Firm
5779 Getwell Road, C-1
Southaven, MS 38672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date:   12/10/2021
_____

s/ Jennifer L. Adams
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:21cv250-GHD-RP

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hunter Matthew Foster

was received by me on *(date)* 12/13/2021 .

☑ I personally served the summons on the individual at *(place)* 9434 Bryant Trent Blvd.
Olive Branch, MS 38654 on *(date)* 12/16/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/16/2021 _____
Server's signature

Steve Stewart
_____
Printed name and title

P.O. Box 1315, Bghalia, MS. 38611
Server's address

Additional information regarding attempted service, etc: