## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**KEITH ALEX WALKER AND LENNETH**
**CORDELL ABRAM**                                                                      **PLAINTIFFS**

**VERSUS**                                                     **CIVIL ACTION NO.: 3:21-CV-250-GHD-RP**

**CITY OF SOUTHAVEN, a Mississippi**
**municipality; JORDAN P. ROBERTS;**
**HUNTER M. FOSTER; CALVIN**
**KIRKLAND; CHRIS T. RAINBOLT;**
**CHAUNCEY STOKES; DAVID TESSARO;**
**JOSEPH BECKER; DAN K. RUSSELL;**
**KEBRON M. SMITH; MARIO C.**
**MAGSBY; TYLER R. WHITE; WAYLON**
**D. BANKS; AND FREDRICK PAYNE**                                                  **DEFENDANTS**

## DEFENDANTS JORDAN P. ROBERTS AND
## FREDRICK PAYNE'S ANSWER TO COMPLAINT

COME NOW Defendants Jordan P. Roberts and Fredrick Payne (hereafter "Defendants"),

by and through counsel, and in response to the Complaint filed against them herein state as follows:

### First Defense

The Plaintiffs' Complaint fails to state a cause of action upon which relief can be granted,

including, but not limited to, the defense of qualified immunity as to the individually named

Defendants herein.

### Second Defense

Defendants affirmatively invoke all defenses available to them as set forth in FED. R. CIV.

PRO. 12(b) for which a good faith legal and/or factual basis exists or may be shown to exist in their

favor.

### Third Defense

Plaintiffs' Notice of Claim, and/or lack thereof, was defective and not in compliance with

the mandatory provisions of the Mississippi Tort Claims Act, MISS. CODE ANN. §11-46-11 such that this Court accordingly lacks subject matter jurisdiction over Plaintiffs' claims asserted in the Complaint, in whole or part.

## Fourth Defense

Defendants hereby invoke all protections afforded by the Mississippi Tort Claims Act, MISS. CODE ANN. §11-46-9. Accordingly, Plaintiffs' Complaint fails to state a claim upon which relief may be granted and should be dismissed pursuant to Rule 12(b)(6).

## Fifth Defense

Plaintiffs' Complaint and all claims asserted therein and arising under state law are barred under the statutory exemptions from liability enumerated in MISS. CODE ANN. §11-46-9, *et seq.*, of the Mississippi Tort Claims Act.

## Sixth Defense

Plaintiffs failed to take reasonable steps to mitigate the damages claimed to have been sustained by them.

## Seventh Defense

Plaintiffs' claims are barred under the doctrine of governmental immunity and/or sovereign immunity.

## Eighth Defense

Without waiving any of the defenses asserted herein, Defendants assert the protections of Miss. Code Ann. §85-5-7.

## Ninth Defense

Plaintiffs' Complaint fails to state a claim upon which relief can be granted by reason of the fact that any duty on the part of the Defendants' officers and agents involved the use of discretion,

and at no time did any governmental actor acting on behalf of the Defendants substantially exceed his or her authority, nor was any legally cognizable harm to Plaintiffs caused by or in the course of such exercise of authority and discretion, and Plaintiffs' claims are accordingly barred under the doctrine of public official immunity.

## Tenth Defense

Plaintiffs' Complaint fails to state a claim upon which relief can be granted by reason of the fact that Plaintiffs' claims set forth and encompass conclusory allegations of isolated incidents and episodic acts and omissions with respect to which the Defendants neither acted nor failed to act with deliberate and conscious indifference to Plaintiffs, nor did the Defendants have subjective knowledge of a substantial risk of serious harm or any other actual, threatened, or imminent constitutional violation with regard to the safety or medical care of Plaintiffs which was likely to result in harm to Plaintiffs.

## Eleventh Defense

Plaintiffs' claims are barred by the running of the applicable statute of limitations, laches, waiver, estoppel, *res judicata*, administrative collateral estoppel, judicial estoppel, assumption of risk, and the doctrine of unclean hands.

## Twelfth Defense

To the extent that Plaintiffs seek individual liability against the Defendants under state law, the provisions of MISS. CODE ANN. §11-46-5 and §11-46-7 are hereby invoked prohibiting individual liability under the provisions of the Miss. Tort Claims Act. To the extent that Plaintiffs seek individual liability against the Defendants under state law outside the scope of the Miss. Tort Claims Act, those claims are barred by the expiration of the applicable statute of limitations under MISS. CODE ANN. §15-1-35, or alternatively, are barred by laches, waiver, and estoppel.

### Thirteenth Defense

Defendants are not responsible for any condition of Plaintiffs that pre-existed the events made the basis of their Complaint.

### Fourteenth Defense

The Defendants did not engage in any conduct amounting to deliberate indifference to the rights or needs of Plaintiffs.

### Fifteenth Defense

At all times, the Defendants acted in good faith reliance upon then-existing laws and are entitled to qualified immunity or absolute immunity.

### Sixteenth Defense

The sole proximate cause or proximate contributing cause of Plaintiffs' injuries or losses, if any, was the negligent or intentional acts of a third party or parties for whom the Defendants cannot be held responsible and which is pled as a complete bar to recovery or in diminution thereof.

### Seventeenth Defense

The injuries/damages of Plaintiffs, if any, are the direct proximate result of their own conduct for which they are responsible to the exclusion of the Defendants; therefore, Plaintiffs' Complaint should be dismissed.

### Eighteenth Defense

Punitive damages are not cognizable against the Defendants under §1983. Defendants further invoke the safeguards of the Equal Protection and Due Process clauses of the U.S. Constitution; Article 3, Section 14 of the Mississippi Constitution; and the provisions of Miss. Code Ann. §§11-1-65 and 11-46-15(2) (1993).

### Nineteenth Defense

Pursuant to §11-46-15 of the Mississippi Tort Claims Act, Plaintiffs are precluded and barred from recovering an award for exemplary or punitive damages, interest prior to judgment, or an award of attorney's fees on any state law claims.

### Twentieth Defense

Plaintiffs' claims under state law are barred under the doctrine of governmental immunity and/or sovereign immunity.

### Twenty-First Defense

Plaintiffs' claims are barred under the doctrine of independent, intervening cause, and/or efficient superseding cause.

### Twenty-Second Defense

At no time did the Defendants breach a duty that was ministerial in nature, causing any legally cognizable harm to Plaintiffs, and for that reason Plaintiffs' claims are barred.

### Twenty-Third Defense

The injuries/damages of Plaintiffs, if any, were the direct, proximate result of their own conduct for which they are responsible to the exclusion of the Defendants; therefore, Plaintiffs' Complaint should be dismissed.

### Twenty-Fourth Defense

Plaintiffs suffered no loss or deprivation of rights, privileges, or immunities afforded them by the United States Constitution or applicable federal or state law.

### Twenty-Fifth Defense

The Defendants deny each and every allegation in the Complaint by which Plaintiffs seek to impose liability upon them.

**Twenty-Sixth Defense**

The Defendants deny each and every allegation not specifically admitted herein.

**Twenty-Seventh Defense**

And now, responding to the Complaint paragraph by paragraph, Defendants state as follows:

1. Defendants deny the allegations contained in numbered ¶ 1. of the Plaintiffs' Complaint.

2. Upon information and belief, Defendants admit the allegations contained in numbered ¶ 2. of the Plaintiffs' Complaint.

3. Upon information and belief, Defendants admit the allegations contained in numbered ¶ 3. of the Plaintiffs' Complaint.

4. Defendants admit the allegations contained in numbered ¶ 4. of the Plaintiffs' Complaint.

5. Defendants admit the allegations contained in numbered ¶ 5. of the Plaintiffs' Complaint.

6. The allegations contained in numbered ¶ 6. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 6. of the Plaintiffs' Complaint.

7. Defendants admit that Defendant Roberts was an officer with the Southaven Police Department. Defendants further admit that Defendant Roberts is no longer employed with Southaven Police Department. Except as specifically admitted, the remaining allegations are denied.

8. The allegations contained in numbered ¶ 8. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 8. of the Plaintiffs' Complaint.

9. The allegations contained in numbered ¶ 9. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is

required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 9. of the Plaintiffs' Complaint.

10. The allegations contained in numbered ¶ 10. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 10. of the Plaintiffs' Complaint.

11. The allegations contained in numbered ¶ 11. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 11. of the Plaintiffs' Complaint.

12. The allegations contained in numbered ¶ 12. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 12. of the Plaintiffs' Complaint.

13. The allegations contained in numbered ¶ 13. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 13. of the Plaintiffs' Complaint.

14. The allegations contained in numbered ¶ 14. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 14. of the Plaintiffs' Complaint.

15. The allegations contained in numbered ¶ 15. of the Plaintiffs' Complaint are not

addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 15. of the Plaintiffs' Complaint.

16. The allegations contained in numbered ¶ 16. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶16. of the Plaintiffs' Complaint.

17. The allegations contained in numbered ¶ 17. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 17. of the Plaintiffs' Complaint.

18. The allegations contained in numbered ¶ 18. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 18. of the Plaintiffs' Complaint.

19. Defendants admit that Defendant Payne was an officer with the Southaven Police Department. Except as specifically admitted, the remaining allegations are denied.

20. Defendants admit that the intended phrases speak for themselves and that this allegation otherwise requires no response.

21. Upon information and belief, Defendants admit the allegations contained in numbered ¶ 21. of the Plaintiffs' Complaint.

22. Upon information and belief, Defendants admit the allegations contained in numbered ¶ 22. of the Plaintiffs' Complaint.

23. Defendants admit that Plaintiff Abram entered the Waffle House. As for the remaining allegations, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 23. of the Plaintiffs' Complaint.

24. Defendants admit that Plaintiff Abram exited the Waffle House. As for the remaining allegations, Defendant are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 24. of the Plaintiffs' Complaint.

25. Defendants deny the allegations contained in numbered ¶ 25. of the Plaintiffs' Complaint.

26. Defendants admit that the Plaintiffs returned to the Waffle House. As for the remaining allegations, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 26. of the Plaintiffs' Complaint.

27. Defendants admit that they encountered the Plaintiffs in the parking lot. Except as specifically admitted, the remaining allegations contained in numbered ¶ 27. of the Plaintiffs' Complaint are denied.

28. Defendants deny the allegations contained in numbered ¶ 28. of the Plaintiffs' Complaint.

29. Defendants deny the allegations contained in numbered ¶ 29. of the Plaintiffs' Complaint.

30. Defendants admit that the Plaintiffs attempted to flee the scene. Except as specifically admitted, the remaining allegations contained in numbered ¶ 30. of the Plaintiffs' Complaint are denied.

31. Defendants deny the allegations contained in numbered ¶ 31. of the Plaintiffs' Complaint.

32. Defendants deny the allegations contained in numbered ¶ 32. of the Plaintiffs' Complaint.

33. Defendants deny the allegations contained in numbered ¶ 33. of the Plaintiffs' Complaint.

34. The allegations contained in numbered ¶ 34. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 34. of the Plaintiffs' Complaint.

35. The allegations contained in numbered ¶ 35. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 35. of the Plaintiffs' Complaint.

36. Defendants deny the allegations contained in numbered ¶ 36. of the Plaintiffs' Complaint.

37. Defendants deny the allegations contained in numbered ¶ 37. of the Plaintiffs' Complaint.

38. Defendants deny the allegations contained in numbered ¶ 38. of the Plaintiffs' Complaint.

39. Defendants deny the allegations contained in numbered ¶ 39. of the Plaintiffs' Complaint.

40. Defendants deny the allegations contained in numbered ¶ 40. of the Plaintiffs' Complaint.

41. Defendants deny the allegations contained in numbered ¶ 41. of the Plaintiffs'

Complaint.

42.     The allegations contained in numbered ¶ 42. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 42. of the Plaintiffs' Complaint.

43.     The allegations contained in numbered ¶ 43. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 43. of the Plaintiffs' Complaint.

44.     Defendants deny the allegations contained in numbered ¶ 44. of the Plaintiffs' Complaint.

45.     Defendants deny the allegations contained in numbered ¶ 45. of the Plaintiffs' Complaint.

46.     Defendants deny the allegations contained in numbered ¶ 46. of the Plaintiffs' Complaint.

47.     The allegations contained in numbered ¶ 47. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 47. of the Plaintiffs' Complaint.

48.     The allegations contained in numbered ¶ 48. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 48. of the Plaintiffs' Complaint.

49. The allegations contained in numbered ¶ 49. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 49. of the Plaintiffs' Complaint.

50. The allegations contained in numbered ¶ 50. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 50. of the Plaintiffs' Complaint.

51. The allegations contained in numbered ¶ 51. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 51. of the Plaintiffs' Complaint.

52. The allegations contained in numbered ¶ 52. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 52. of the Plaintiffs' Complaint.

53. Defendants deny the allegations contained in numbered ¶ 53. of the Plaintiffs' Complaint.

54. Defendants admit that Defendant Roberts charged Plaintiff Walker with various crimes. Except as specifically admitted, the remaining allegations contained in numbered ¶ 54. of the Plaintiffs' Complaint are denied.

55. The allegations contained in numbered ¶ 55. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a

response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 55. of the Plaintiffs' Complaint.

56. Defendants are without specific information to admit or deny the allegations contained in numbered ¶ 56. of Plaintiffs' Complaint and therefore deny the same.

57. Defendants are without specific information to admit or deny the allegations contained in numbered ¶ 57. of Plaintiffs' Complaint and therefore deny the same.

58. Defendants are without specific information to admit or deny the allegations contained in numbered ¶ 58. of Plaintiffs' Complaint and therefore deny the same.

59. Defendants are without specific information to admit or deny the allegations contained in numbered ¶ 59. of Plaintiffs' Complaint and therefore deny the same.

60. Defendants are without specific information to admit or deny the allegations contained in numbered ¶ 60. of Plaintiffs' Complaint and therefore deny the same.

61. Defendant Roberts denies that he was terminated. Except as specifically admitted, the Defendants are without sufficient information to admit or deny the allegations contained in numbered ¶ 61. of Plaintiffs' Complaint and therefore deny the same.

62. The allegations contained in numbered ¶ 62. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 62. of the Plaintiffs' Complaint.

63. The allegations contained in numbered ¶ 63. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 63. of the Plaintiffs' Complaint.

64. Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 63., as though fully set forth herein.

65. Defendants deny the allegations contained in numbered ¶ 65. of the Plaintiffs' Complaint.

66. Defendants deny the allegations contained in numbered ¶ 66. of the Plaintiffs' Complaint.

67. Defendants deny the allegations contained in numbered ¶ 67. of the Plaintiffs' Complaint.

68. Defendants deny the allegations contained in numbered ¶ 68. of the Plaintiffs' Complaint.

69. Defendants deny the allegations contained in numbered ¶ 69. of the Plaintiffs' Complaint.

70. Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 69., as though fully set forth herein.

71. Defendants admit that Defendant Roberts charged Plaintiff Walker with various crimes. Except as specifically admitted, the remaining allegations contained in numbered ¶ 71. of the Plaintiffs' Complaint are denied.

72. The allegations contained in numbered ¶ 72. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 72. of the Plaintiffs' Complaint.

73. Defendants deny the allegations contained in numbered ¶ 73. of the Plaintiffs' Complaint.

74. Defendants deny the allegations contained in numbered ¶ 74. of the Plaintiffs' Complaint.

75. Defendants deny the allegations contained in numbered ¶ 75. of the Plaintiffs' Complaint.

76. Defendants deny the allegations contained in numbered ¶ 76. of the Plaintiffs' Complaint.

77. Defendants deny the allegations contained in numbered ¶ 77. of the Plaintiffs' Complaint.

78. Defendants deny the allegations contained in numbered ¶ 78. of the Plaintiffs' Complaint.

79. Defendants deny the allegations contained in numbered ¶ 79. of the Plaintiffs' Complaint.

80. Defendants deny the allegations contained in numbered ¶ 80. of the Plaintiffs' Complaint.

81. Defendants deny the allegations contained in numbered ¶ 81. of the Plaintiffs' Complaint.

82. Defendants deny the allegations contained in numbered ¶ 82. of the Plaintiffs' Complaint.

83. Defendants deny the allegations contained in numbered ¶ 83. of the Plaintiffs' Complaint.

84. Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 83., as though fully set forth herein.

85.  Defendants admit that Defendant Roberts charged Plaintiff Walker with various crimes. Except as specifically admitted, the remaining allegations contained in numbered ¶ 85. of the Plaintiffs' Complaint are denied.

86.  The allegations contained in numbered ¶ 86. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 86. of the Plaintiffs' Complaint.

87.  Defendants deny the allegations contained in numbered ¶ 87. of the Plaintiffs' Complaint.

88.  Defendants deny the allegations contained in numbered ¶ 88. of the Plaintiffs' Complaint.

89.  Defendants deny the allegations contained in numbered ¶ 89. of the Plaintiffs' Complaint.

90.  Defendants deny the allegations contained in numbered ¶ 90. of the Plaintiffs' Complaint.

91.  Defendants deny the allegations contained in numbered ¶ 91. of the Plaintiffs' Complaint.

92.  Defendants deny the allegations contained in numbered ¶ 92. of the Plaintiffs' Complaint.

93.  Defendants deny the allegations contained in numbered ¶ 93. of the Plaintiffs' Complaint.

94.  Defendants deny the allegations contained in numbered ¶ 94. of the Plaintiffs' Complaint.

95.     Defendants deny the allegations contained in numbered ¶ 95. of the Plaintiffs' Complaint.

96.     Defendants deny the allegations contained in numbered ¶ 96. of the Plaintiffs' Complaint.

97.     Defendants deny the allegations contained in numbered ¶ 97. of the Plaintiffs' Complaint.

98.     Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 97., as though fully set forth herein.

99.     Defendants deny the allegations contained in numbered ¶ 99. of the Plaintiffs' Complaint.

100.     Defendants deny the allegations contained in numbered ¶ 100. of the Plaintiffs' Complaint.

101.     Defendants deny the allegations contained in numbered ¶ 101. of the Plaintiffs' Complaint.

102.     Defendants deny the allegations contained in numbered ¶ 102. of the Plaintiffs' Complaint.

103.     Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 102., as though fully set forth herein.

104.     The allegations contained in numbered ¶ 104. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 104. of the Plaintiffs' Complaint.

105.     The allegations contained in numbered ¶ 105. of the Plaintiffs' Complaint are not

addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 105. of the Plaintiffs' Complaint.

106. The allegations contained in numbered ¶ 106. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 106. of the Plaintiffs' Complaint.

107. The allegations contained in numbered ¶ 107. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 107. of the Plaintiffs' Complaint.

108. The allegations contained in numbered ¶ 108. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 108. of the Plaintiffs' Complaint.

109. The allegations contained in numbered ¶ 109. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 109. of the Plaintiffs' Complaint.

110. The allegations contained in numbered ¶ 110. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 110. of the Plaintiffs' Complaint.

111. The allegations contained in numbered ¶ 111. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 111. of the Plaintiffs' Complaint.

112. The allegations contained in numbered ¶ 112. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 112. of the Plaintiffs' Complaint.

113. Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 112., as though fully set forth herein.

114. The allegations contained in numbered ¶ 114. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 114. of the Plaintiffs' Complaint.

115. The allegations contained in numbered ¶ 115. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 115. of the Plaintiffs' Complaint.

116. The allegations contained in numbered ¶ 116. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 116. of the Plaintiffs' Complaint.

117. The allegations contained in numbered ¶ 117. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 117. of the Plaintiffs' Complaint.

118. The allegations contained in numbered ¶ 118. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 118. of the Plaintiffs' Complaint.

119. The allegations contained in numbered ¶ 119. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 119. of the Plaintiffs' Complaint.

120. The allegations contained in numbered ¶ 120. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 120. of the Plaintiffs' Complaint.

121. Defendants herein incorporate and reference all previous answers and defenses to numbered ¶ 1. - 120., as though fully set forth herein.

122. The allegations contained in numbered ¶ 122. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response. If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 122. of the Plaintiffs' Complaint.

123.   The allegations contained in numbered ¶ 123. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 123. of the Plaintiffs' Complaint.

124.   The allegations contained in numbered ¶ 124. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 124. of the Plaintiffs' Complaint.

125.   The allegations contained in numbered ¶ 125. of the Plaintiffs' Complaint are not addressed to the answering Defendants and therefore require no response.  If mistaken, and a response is required, Defendants are without sufficient information to admit or deny and therefore deny the allegations contained in numbered ¶ 125. of the Plaintiffs' Complaint.

Responding to the Plaintiffs' unnumbered request for relief, including subparts 1-8, which immediately follows numbered ¶ 125. of the Plaintiffs' Complaint, Defendants deny that Plaintiffs are entitled to an award for compensatory damages, punitive damages, an award of money for attorney's fees or costs, interest, or any relief or damages whatsoever.

AND NOW, having fully responded to the Plaintiffs' Complaint, and having alleged affirmative matters in response thereto, Defendants Jordan P. Roberts and Fredrick Payne again deny that they are liable to the Plaintiffs for damages in any amount and respectfully request that this action be dismissed with prejudice and that all costs be assessed to the Plaintiffs.

Defendants reserve the right to plead further herein, and specifically reserve the right to amend their Answer to assert any additional defenses which may be disclosed during the course of discovery.

**DEFENDANTS RESPECTFULLY REQUEST A TRIAL BY JURY ON ALL ISSUES ENTITLED TO SAME**.

Respectfully submitted,

/s/ *R. Jeff Allen*
R. Jeff Allen (Bar No. 10593)
rjallen@huntross.com
HUNT ROSS & ALLEN
P.O. Box 1196
Clarksdale, MS 38614
662-627-5251 (telephone)
ATTORNEY FOR DEFENDANTS
JORDAN P. ROBERTS AND
FREDRICK PAYNE

## CERTIFICATE OF SERVICE

I, R. Jeff Allen, hereby certify that on January 5, 2022, I electronically filed the foregoing

Answer to Complaint with the Clerk of the Court using the ECF system which sent notification of

such filing to the following:

Brandon Flechas
Philip A. Stroud
The Stroud Law Firm, P.C.
5779 Getwell Road, Suite C-1
Southaven, MS 38672
brandon@stroudlawyers.com
philip@stroudlawyers.com
*Attorney for Plaintiffs*

This, the __5th__ day of January, 2022.

/s/ *R. Jeff Allen*
R. Jeff Allen