# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**KEITH ALEX WALKER**
**and LENNETH CORDELL ABRAM**                                    **PLAINTIFFS**

**v.**                                    **CIVIL ACTION NO.: 3:21-CV-00250-GHD-RP**

**CITY OF SOUTHAVEN, a Mississippi**
**Municipality; JORDAN P. ROBERTS;**
**HUNTER M. FOSTER; CALVIN KIRKLAND;**
**CHRIS T. RAINBOLT; CHAUNCEY STOKES;**
**DAVID TESSARO; JOSEPH BECKER;**
**DAN K. RUSSELL; KEBRON M. SMITH;**
**MARIO C. MAGSBY; TYLER R. WHITE;**
**WAYLON D. BANKS; and FREDRICK PAYNE**                         **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiffs, Keith Alex Walker and Lenneth Cordell Abram, by and through

counsel, and Defendants, City of Southaven, a Mississippi Municipality, Jordan P. Roberts, Hunter

M. Foster; Calvin Kirkland, Chris T. Rainbolt, Chauncey Stokes, David Tessaro, Joseph Becker, Dan

K. Russell, Kebron M. Smith, Mario C. Magsby, Tyler R. White, Waylon D. Banks, and Fredrick

Payne, by and through counsel, together as all parties who have appeared in this cause of action, and

pursuant to the provisions of *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)*, do hereby stipulate that

all claims brought against the Defendants in this matter are dismissed with prejudice, with each party

to bear its respective attorneys' fees, costs, and expenses.

**RESPECTFULLY SUBMITTED,** this 20th day of May, 2022.

**KEITH ALEX WALKER and**                    **CITY OF SOUTHAVEN, a Mississippi**
**LENNETH CORDELL ABRAM,**                    **Municipality; HUNTER M. FOSTER;**
**Plaintiffs**                                **CALVIN KIRKLAND; CHRIS T.**
                                              **RAINBOLT; CHAUNCEY STOKES;**
                                              **DAVID TESSARO; JOSEPH BECKER;**
                                              **DAN K. RUSSELL; KEBRON M. SMITH;**
                                              **MARIO C. MAGSBY; TYLER R.**

**WHITE; and WAYLON D. BANKS, Defendants**

By: */s/ Brandon Flechas*
    Brandon Flechas, MS Bar No. 102283
    Philip Andrew Stroud, MS Bar No. 99401
    The Stroud Law Firm, PC
    5779 Getwell Road, C-1
    Southaven, MS 38672
    Telephone: 662-536-5656
    Email: brandon@stroudlawyers.com
        philip@stroudlawyers.com
    **Attorneys for Plaintiffs**

By: */s/ Arnold U. Luciano*
    Arnold U. Luciano, MS Bar No. 99198
    Daniel J. Griffith, MS Bar No. 8366
    Bethany A. Tarpley, MS Bar No 104134
    Jacks Griffith Luciano, P.A.
    150 N Sharpe Avenue
    Cleveland, MS 38732
    Telephone: 662-843-6171
    Facsimile: 662-843-6176
    Email: aluciano@jlpalaw.com
        dgriffith@jlpalaw.com
        btarpley@jlpalaw.com
    **Attorneys for Defendants**

By: */s/ Brice M. Timmons*
    Brice M. Timmons, TN Bar No. 38205
    Craig A. Edgington, TN Bar No. 29582
    Donati Law, PLLC
    1545 Union Avenue
    Memphis, TN 38104
    Telephone: 901-278-1004
    Facsimile: 901-278-3111
    Email: brice@donatilaw.com
        craig@donatilaw.com
    **Attorneys for Plaintiffs**

**JORDAN P. ROBERTS and FREDRICK PAYNE, Defendants**

By: */s/ R. Jeff Allen*
    R. Jeff Allen, MS Bar No. 10593
    Hunt Ross & Allen
    P.O. Box 1196
    Clarksdale, MS 38614
    Telephone: 662-627-5251
    Facsimile: 662-627-5254
    Email: rjallen@huntross.com
    **Attorney for Defendants Jordan P. Roberts and Fredrick Payne**

## <u>CERTIFICATE OF SERVICE</u>

I, Arnold U. Luciano, one of the counsel for Defendants in the above case, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Stipulation of Dismissal* to be delivered by the ECF Filing System which gave notice to the following:

Brandon Flechas, Esq.
Philip Andrew Stroud, Esq.
The Stroud Law Firm, PC
Email: brandon@stroudlawyers.com
        Philip@stroudlawyers.com
**Attorneys for Plaintiffs**

Brice M. Timmons, Esq.
Craig A. Edgington, Esq.
Donati Law, PLLC
Email: brice@donatilaw.com
        craig@donatilaw.com
**Attorneys for Plaintiffs**

R. Jeff Allen, Esq.
Hunt Ross & Allen
Email: rjallen@huntross.com
**Attorney for Jordan P. Roberts and Fredrick Payne**

**FILED** this the 20th day of May, 2022.

*/s/ Arnold U. Luciano*
Arnold U. Luciano