# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**KEITH ALEX WALKER**
**and LENNETH CORDELL ABRAM**                                   **PLAINTIFFS**

**v.**                                   **CIVIL ACTION NO.: 3:21-CV-00250-GHD-RP**

**CITY OF SOUTHAVEN, a Mississippi**
**Municipality; JORDAN P. ROBERTS;**
**HUNTER M. FOSTER; CALVIN KIRKLAND;**
**CHRIS T. RAINBOLT; CHAUNCEY STOKES;**
**DAVID TESSARO; JOSEPH BECKER;**
**DAN K. RUSSELL; KEBRON M. SMITH;**
**MARIO C. MAGSBY; TYLER R. WHITE;**
**WAYLON D. BANKS; and FREDRICK PAYNE**                                   **DEFENDANTS**

## <u>ORDER OF DISMISSAL</u>

The Complaint filed herein by Plaintiffs against the Defendants, City of Southaven, a Mississippi Municipality, Jordan P. Roberts, Hunter M. Foster; Calvin Kirkland, Chris T. Rainbolt, Chauncey Stokes, David Tessaro, Joseph Becker, Dan K. Russell, Kebron M. Smith, Mario C. Magsby, Tyler R. White, Waylon D. Banks, and Fredrick Payne, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiffs, shall be, and the same hereby are, dismissed with full prejudice. The terms and conditions of a confidential settlement by and between the parties have been satisfied and entry of the instant order has been requested.

ACCORDINGLY, IT IS ORDERED this action is dismissed with full prejudice.

This the 25th day of May, 2022.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed to by:

*/s/ Brandon Flechas*
Brandon Flechas, MS Bar No. 102283
Attorney for Plaintiffs

*/s/ Philip Andrew Stroud*
Philip Andrew Stroud, MS Bar No. 99401
Attorney for Plaintiffs

*/s/ Brice M. Timmons*
Brice M. Timmons, TN Bar No. 29582
Attorney for Plaintiffs

*/s/ Craig A. Edgington*
Craig A. Edgington, TN Bar No. 38205
Attorney for Plaintiffs

*/s/ R. Jeff Allen*
R. Jeff Allen, MS Bar No. 10593
Attorney for Defendants, Jordan P. Roberts
and Fredrick Payne

*/s/ Arnold U. Luciano*
Arnold U. Luciano, MS Bar No. 99198
Attorney for Defendants, City of Southaven,
a Mississippi Municipality, Hunter M. Foster,
Calvin Kirkland, Chris T. Rainbolt, Chauncey Stokes,
David Tessaro, Joseph Becker, Dan K. Russell,
Kebron M. Smith, Mario C. Magsby,
Tyler R. White, and Waylon D. Banks